JAMES HARTSELL, ESQ
NEVADA BAR NO. 5017
LAW OFFICES OF JAMES HARTSELL
720 SOUTH FOURTH ST. SUITE 100
LAS VEGAS, NV 89101
(702) 384-3132
ATTORNEY FOR DEFENDANT

2015 AUG -3  P 2: 18

# UNITED STATES DISTRISCT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>EDGAR RIOS SANTIAGO<br><br>         Defendant. | 2:13-cr-00240-KJD-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING DATE AND ORDER**<br><br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Cristina D. Silva, Assistant United States Attorney, and Andrew W. Duncan, Assistant United States Attorney, counsel for the United States of America, and James Hartsell, Esq., counsel for defendant Edgar Rios Santiago, that the sentencing in the above-captioned matter currently scheduled for Wednesday, August 5, 2015, at the hour of 9:00 a.m. be vacated and set to a date and time convenient to the Court but no later than September 18, 2015.

This Stipulation is entered into for the following reasons:

1. The defendant entered a plea of guilty on February 13, 2015, and a sentencing date of May 19, 2015, was set.

2. The defendant has completed his presentence interview.

1

3. The defendant will be incarcerated for approximately 70 months based on the plea negotiation.

4. The defendant is undergoing medical treatment in preparation for surgery.

5. The defendant is requesting a sentencing date no later than September 18, 2015.

This is the second request to continue the sentencing date made by the defendant.

Dated this 18th day of July, 2015.

DANIEL G. BOGDEN
United States Attorney

By      /s/
JAMES HARTSELL, ESQ.
Counsel for Defendant
Edgar Rios Santiago

By      /s/
Cristina D. Silva
Assistant U.S. Attorney
Counsel for Plaintiff

By      /s/
Andrew Duncan
Assistant U.S. Attorney
Counsel for Plaintiff

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-cr-00240-KJD-PAL |
| Plaintiff, | ) |
| vs. | ) FINDINGS OF FACT, CONCLUSIONS OF LAW |
| EDGAR RIOS SANTIAGO, | ) AND ORDER |
| Defendant | ) |

## FINDINGS OF FACT

Based upon the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1. The defendant has entered a plea of guilty in the case.

2. The defendant needs additional time for medical treatment.

3. The defendant is out-of-custody and is aware of the continuance being sought and he agrees to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the defendant sufficient time to put his affairs in order.

This is the second request to continue the sentencing date made by the defendant.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and defendant in an early sentencing date.

## ORDER

IT IS THEREFORE ORDERED that the sentencing date currently scheduled for August 5, 2015, at the hour of 9:00 a.m., be vacated and continued to September 15, 2015 at 9:00 AM.

DATED this 3rd day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE