UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-00240-KJD-PAL |
| Plaintiff, | **ORDER** |
| vs. | Motion to Modify Conditions |
| EDGAR RIOS SANTIAGO, | |
| Defendant. | |

This matter comes before the Court on Defendant's Motion to Modify Pretrial Services Conditions of Release, filed on September 15, 2015. Defendant seeks modification to permit him to travel to San Juan, Puerto Rico on November 5, 2015, and return to Las Vegas, Nevada, on December 30, 2015. Pretrial Services does not oppose the motion.

**IT IS HEREBY ORDERD** that Defendant's Motion to Modify Pretrial Supervision Conditions of Release is **granted.**

**IT IS FUTHER ORDERED** that Defendant shall be permitted to travel to San Juan, Puerto Rico, on November 5, 2015, and return to Las Vegas, Nevada on December 30, 2015.

DATED this  6TH  day of  October , 2015.

_____
United States District Court Judge